# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOHN ELLSWORTH O'HARA,  :  No. 474 WAL 2015
                      :
          Petitioner  :
                      :  Petition for Allowance of Appeal from
                      :  the Order of the Superior Court
          v.  :
                      :
                      :
NANCY GIROUX - SUPERINTENDENT,  :
                      :
          Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the decision of this matter.

    Justices Donohue and Wecht did not participate in the consideration or decision of this matter.